FILED

2007 APR 19  PM 3:30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**U.S. Bankruptcy Court**

*District of Delaware*

**824 N. Market St., 3rd Floor**

**Wilmington, DE  19801**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-10707-MFW |
| | ) | |
| Andrea Klika, | ) | APN 06-50605, 06-50607: |
| | ) | |
| Debtor. Pro Se | ) | CONSOLIDATED |
| | ) | |
| 100 Belltown Terrace | ) | <u>Notice of Motion and Motion</u> |
| | ) | |
| Bear, DE  19701 | ) | <u>to Proceed In Forma Pauperis</u> |
| | ) | *With Affidavit* |
| | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**Date of Filing**           <u>      19 April 2007      </u>

**Purpose**

Type of Filing                                                    Check if Applicable

| Type of Filing | Check if Applicable |
|---|---|
| Exhibit | |
| Reporting | |
| Amendment          No Fee          Fee | |
| Motion | |
| Pleading<br>APN 06-50605 / APN 06-50607<br>CONSOLIDATED | |
| Motion and Notice of Motion as above, Pro Se filing | X |

*With Affidavit*

**COVER TRANSMITTAL**

FILED

2007 APR 19  PM 3: 30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**[FILED]**
**In the United States Bankruptcy Court**
**For the District of Delaware**

**United States District Court for the District of Delaware**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | |
| ANDREA KLIKA, | ) | Adv. Nos. 06-50605 (MFW) and 06- |
| Debtor, Pro Se | ) | 50607 (MFW) CONSOLIDATED |
| | ) | |
| In re: | ) | |
| | ) | **Motion for Permission to Appeal** |
| KELLY BEAUDIN STAPLETON, | ) | **In Forma Pauperis** |
| United States Trustee, | ) | |
| Plaintiff | ) | CHAPTER 7 |
| v. | ) | |
| | ) | |
| ANDREA KLIKA, | ) | |
| Defendant | ) | |
| | ) | D.C. Case No. _____ |
| | ) | |

<u>**MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS PURSUANT TO**</u>
<u>**FRAP 24 AND FRAP 39, AND 28 U.S.C. §1915.**</u>

      Andrea Klika, Debtor and Defendant, Pro Se (Debtor, Movant), requests that this Honorable Court grants permission from the courts to proceed, and with, in forma pauperis status pursuant to F.R.A.P. 24 and 39, and 28 U.S.C. §1915 regarding appeal from the Order granting the motion for partial summary judgment and the accompanied Memorandum Opinion of the bankruptcy judge entered in this adversary proceeding on the 16th day of March 2007. The Debtor claims entitlement to redress..

      Refer to the following submissions: 1) Motion (and Notice) for extension to file notice of appeal; 2) Notice of appeal and transmittal copy to judge; 3) Motion (and Notice) to proceed *in forma pauperis* with affidavit, herein; 4) Motion (and Notice) for leave to appeal; 5) Motion (and Notice) for stay the effect of the Order.

The Motion hearing date, time, and location will be scheduled by the Court following the filing of this Motion. The grounds for the hearing are as follows:

1.    On March 16, 2007, this Court entered an Order granting Motion for "partial" summary judgment and denial of Debtor's discharge pursuant to 11 U.S.C. § 727(a)(6)(A) with an attached Memorandum Opinion dated March 16, 2007 (the "Order and Memo Opinion").

2.    On March 28, 2007, Andrea Klika, Debtor, Pro Se, received Notice of the Order and Memo Opinion (fact).

3.    On March 29, 2007, Andrea Klika, Debtor, Pro Se, filed the Motion to extend the deadline to file Notice of Appeal regarding Order and Memo Opinion pursuant to Bankruptcy Procedure Rules 8002(c)(2), 9022(a), and 7005 and F.R.Civ.P. Rule 5 and 6.

4.    It is well established that Debtor is disabled. Debtor is currently under the care of multiple physicians and currently undergoing a sequence of medical procedures that require even more additional time for healthcare and downtime for recoveries. There has been significant decline in the Debtor's health since the beginning of this bankruptcy case over two (2) years ago and Debtor's prognosis is poor. This bankruptcy has caused Debtor increased financial hardship and increased physical hardship and not granting permission to proceed in forma pauperis will adversely affect Debtor's ability, and also therefore Debtor's right of due process of law.

5.    Debtor is indigent. An affidavit of poverty is attached with this Motion.

WHEREFORE, the Debtor, Pro Se, requests that this/these Court(s) grant(s) permission to proceed, and with, in forma pauperis status.

Respectfully Submitted,

Andrea B. Klika
Debtor, Pro Se
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107

Dated:  April 19, 2007

IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | |
| ANDREA KLIKA, | ) | Adv. Nos. 06-50605 (MFW) and 06- |
| Debtor, Pro Se | ) | 50607 (MFW) CONSOLIDATED |
| | ) | |
| In re: | ) | |
| | ) | CHAPTER 7 |
| KELLY BEAUDIN STAPLETON, | ) | |
| United States Trustee, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | D.C. Case No. _____ |
| ANDREA KLIKA, | ) | |
| Defendant | ) | |

## ORDER AND PERMISSION **TO APPEAL IN FORMA PAUPERIS**

**Upon consideration and hearing of the Motion including affidavit of poverty**

**for permission to appeal in forma pauperis** the Order granting the motion for partial

summary judgment and the accompanied Memorandum Opinion of the bankruptcy judge

entered in this adversary proceeding on the 16th day of March 2007, **and any answers**

**thereof, it is hereby**

ORDERED that the Motion for permission to appeal and proceed in forma

pauperis is **GRANTED,** and it is further

ORDERED Debtor is **PERMITTED** leave to proceed in forma pauperis, in the matter

pursuant to **FRAP 24 and FRAP 39,** and 28 U.S.C. §1915.


Date: _____, 2007    _____
                                    The Honorable Mary F. Walrath
                                    United States Bankruptcy Judge

Date: _____, 2007    _____
[additional date if required]

                                    _____
                                    United States District Court Judge
                                    [additional Court name and signature if required]

FILED

IN THE UNITED STATES BANKRUPTY COURT 2007 APR 19  PM 3: 31
FOR THE DISTRICT OF DELAWARE

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | |
| ANDREA KLIKA, | ) | Adv. Nos. 06-50605 (MFW) and 06- |
| Debtor, Pro Se | ) | 50607 (MFW) CONSOLIDATED |
| | ) | |
| In re: | ) | |
| | ) | **Motion for Permission to Appeal** |
| KELLY BEAUDIN STAPLETON, | ) | **In Forma Pauperis** |
| United States Trustee, | ) | |
| Plaintiff | ) | CHAPTER 7 |
| v. | ) | |
| | ) | |
| ANDREA KLIKA, | ) | |
| Defendant | ) | D.C. Case No. _____ |

## <u>NOTICE OF: MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS PURSUANT TO FRAP 24 AND FRAP 39, AND 28 U.S.C. §1915.</u>

PLEASE TAKE NOTICE that the Debtor, Andrea Klika, Pro Se (Movant), has filed

the attached Debtor's Motion for Permission to Appeal In Forma Pauperis pursuant to FRAP

24 and FRAP 39, and 28 U.S.C. §1915 (the "Motion") with the United States Bankruptcy

Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The

Motion hearing date, time, and location will be scheduled by the Court following the filing of

this Motion.

PLEASE TAKE FURTHER NOTICE that any objections to the motion should be served

upon the Honorable Mary F. Walrath, Chief United States Bankruptcy Judge for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801, the District Court if required, and

upon the Trustee's Counsel, and U.S. Trustee Counsel.

_____
Andrea B. Klika
Debtor, Pro Se
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107

Dated:  April 19, 2007

<u>CERTIFICATE OF SERVICE</u>

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of

the Notice of Motion and the Motion for Permission to Appeal In Forma Pauperis

including affidavit of poverty was made on 19 April 2007 by U.S. Mail:


Jonathan Stemerman, Esq.
Bradford Sandler, Esq.
Adelman Lavine Gold and Levin
919 N. Market St., Suite 710
Wilmington, DE  19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE  19801
[D. Buchbinder, Esq., Representing U.S. Trustee]


Under penalty of perjury, I declare that the foregoing is true and correct.


<u>19 April 2007</u>
Date

Signature
Andrea B. Klika

[FILED]
**In the United States Bankruptcy Court**
**For the District of Delaware**

**FILED**

2007 APR 19  PM 3: 31

**United States District Court for the District of Delaware**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re,                                                   **CASE NO. 05-10707 (MFW)**

**ANDREA KLIKA,**
       Debtor, Pro Se                           **ADV.PROC.NOS.**
                                                         **06-50605, 06-50607 CONSOLIDATED**

In re,
                                                         Affidavit accompanying Motion for
**KELLY BEAUDIN STAPLETON,**          Permission to Appeal In Forma Pauperis
       U.S. Trustee,
       Plaintiff
                                                         **CHAPTER 7**
             v.

**ANDREA KLIKA,**
       Defendant, Pro Se                      **D.C. Case No. _____**


## Affidavit accompanying Motion for
## Permission to Appeal In Forma Pauperis

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621) | Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: *19 April 2007* |

STATE OF DELAWARE
NEW CASTLE COUNTY
THIS INSTRUMENT WAS ACKNOWLEDGED
BEFORE ME, JASON WARDEN
ON 04/19/2007

NOTARY PUBLIC

**My issues on Appeal are:**

I have simultaneously filed a Notice of Appeal. The appeal is in regards to the Order for partial summary judgment and its accompanied Memorandum opinion in the consolidated adversary proceedings 06-50605 and 06-50607 in case no. 05-10707. The Order is pursuant to section 727(a)(6) of the bankruptcy code.

Debtor claims an entitlement to redress in this bankruptcy case.


**ABBREVIATIONS USED IN THIS FORM:  NA, NOT APPL. = NOT APPLICABLE**

1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Public Assistance (such as welfare) | $ 123.00 | $ 123.00 |
| Other (specify): _____ | $ 0 | $ 0 |
| **Total monthly income** | $ 123.00 | $ 123.00 |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| unemployed | not applicable | 2003-2007 (current) | Not applicable |
| Meganet | Ramsey, NJ | 2003 | Paid for job |
| Celltech | Wayne, PA | 1998-2002 | approx. $8,300 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | NOT APPLICABLE | NOT APPLICABLE |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | $ NOT APPL. | $ NOT APPL. |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| $115,000 (liens $104,000) | NOT APPLICABLE | Make & year: $8,300 (lien $10,900) 2001 Ford |
| | | Model: Explorer |
| | | Registration #    HP6891 |

| Motor Vehicle # 2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: | NOT APPLICABLE | NOT APPLICABLE |
| NOT APPLICABLE | | |
| Model: | | |
| Registration # | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | NOT APPLICABLE |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | NOT APPLICABLE |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? ▫ yes ▫ no Is property insurance included? ▫ yes ▫ no | $ 0 | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 90 | $ NA |
| Home maintenance (repairs and upkeep) | $ 0 | $ NA |
| Food (* food stamps) | $ 155 * | $ NA |
| Clothing | $ 0 | $ NA |
| Laundry and dry-cleaning | $ 0 | $ NA |
| Medical and dental expenses | $ 9 | $ NA |
| Transportation (not including motor vehicle payments) | $ 10 | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ NA |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ NA |
|    Homeowners or renters | $ 0 | $ NA |
|    Life | $ 0 | $ NA |
|    Health | $ 0 | $ NA |
|    Motor Vehicle | $ 0 | $ NA |
|    Other: _____ | $ 0 | $ NA |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ 0 | $ NA |

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ 0 | $ NA |
| Credit Card (name): _____ | $ 0 | $ NA |
| Department Store (name): ____ | $ 0 | $ NA |
| Other: _____ | $ 0 | $ NA |
| Alimony, maintenance and support paid to others | $ 0 | $ NA |
| Regular expenses for operation of business or farm (attach detailed statement) | $ 0 | $ NA |
| Other (specify): _____ | $ 0 | $ NA |
| **Total monthly expenses:** | $ 109 | $ NA |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

■Yes     ▫ No     If yes, describe on an attached sheet.

10. Have you paid NO   Or will you be paying NO   an attorney any money for services in connection with this case, including the completion of this form?

▫ Yes     ■ No     If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

NOT APPLICABLE

_____

_____

6

11. Have you paid <u>NO</u> Or will you be paying <u>NO</u> anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

○ Yes    ■ No    If yes, how much? $ _____

If yes state the person's name, address and telephone number:

<u>NOT APPLICABLE</u>

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have been disabled and unemployed since the year 2003.
I cannot afford food and shelter.
I receive general assistance (welfare), food stamps, and Medicaid for health insurance.
I have been in bankruptcy for over two (2) years which has caused me further financial hardship.
I am not married. I do not have any family on the Eastcoast where I live.

13. State the address of your legal residence.

<u>100 Belltown Terrace, Bear, DE 19701</u>

Your daytime telephone number: <u>(302)</u> <u>325-1107</u>

Yourage: <u>46</u>    Your years of Schooling: <u>approx. 8 post high-school</u>

Rev: 9/29/04

7

**Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis
(continued separate piece of paper for question number 9).**

**Name:  Andrea Klika**

**Bank. Ct. Case No.:  05-10707 (MFW)
Adv. Proc. Nos.:  06-50606, 06-50607 CONSOLIDATED
CHAPTER 7**

**D.C. Case No.:** _____

EXPLANATION OF ITEM NUMBER 9:

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities
during the next 12 months?

Income and expenses:
I have applied for social security disability, but I do not know the outcome in the next 12 months, and historically there has been delay after delay.  If I would be receiving social security disability:
Shelter expenses will increase due to payments on mortgage payments on my house so I can keep it, which will be about the cost of rent.
I will lose my general assistance (welfare) of $123 monthly.
I am unsure about food stamps.
I will lose Medicaid health insurance which pays all my medical expenses right now and covers prescription medication.
Medical expenses will be very high nearly as high as the social security disability, possibly $1,300 or greater.  This is due to loss of Medicaid and replacement with Medicare which has expensive health insurance premiums and prescription medications with little or no coverage.
If this will be so, I will be poor, and still eligible for state aid or state program due to poverty level income and high medical expenses including prescription costs.
My health is declining over the last few years since I have become disabled, so I predict my medical expenses will increase further due to my prognosis.

Liabilities:
My liabilities [liens on my home] are increasing and may still increase due to lenders (mortgage companies) applying interest, fees, and legal expenses to the liens on my home.
I have been in bankruptcy for over two (2) years and this has only worsened my financial situation with increased and increasing debt and caused increased financial hardship.

Assets:
Loss of home possible.

8 (this is the attached separate sheet of paper)