FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE    2007 APR 19  PM 3: 29

CLERK
US BANKRUPTCY COURT
DIST. OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | (Chapter 7) |
| ANDREA KLIKA, | ) | |
| Debtor, Pro Se | ) | Adv. Nos. 06-50605 |
| | ) | (MFW) and 06-50607 |
| In re: | ) | (MFW) CONSOLIDATED |
| | ) | |
| KELLY BEAUDIN STAPLETON, | ) | MOTION FOR LEAVE |
| United States Trustee, | ) | TO APPEAL PURSUANT |
| Plaintiff | ) | TO FED. R. |
| v. | ) | BANKRUPTCY |
| | ) | PROCEDURE RULES |
| ANDREA KLIKA, | ) | 8001(b)(2) AND 8003, |
| Defendant | ) | AND 28 U.S.C. §158(a)(3) |
| | ) | AND §158(a)(1). |
| | ) | |

## MOTION FOR LEAVE TO APPEAL PURSUANT TO FED. R. BANKRUPTCY PROCEDURE RULES 8001(b)(2) AND 8003, AND 28 U.S.C. §158(a)(3) AND §158(a)(1).

Andrea Klika, Debtor and Defendant, Pro Se (Debtor, Movant), requests that this Honorable Court grants permission from the courts for leave to appeal pursuant to F.R.B.P. Rules 8001(b)(2) and 8003, and 28 U.S.C. §158(a)(3) and 158(a)(1) from the Order granting the motion for partial summary judgment and the accompanied Memorandum Opinion of the bankruptcy judge entered in this adversary proceeding on the 16th day of March 2007. The Motion hearing date, time, and location will be scheduled by the Court following the filing of this Motion.

Refer to the following submissions: 1) Motion (and Notice) for extension to file notice of appeal; 2) Notice of appeal and transmittal copy to judge; 3) Motion (and Notice) to proceed *in forma pauperis* with affidavit; 4) Motion (and Notice) for leave to appeal, herein; 5) Motion (and Notice) for stay the effect of the Order.

The Motion hearing date, time, and location will be scheduled by the Court following the filing of this Motion. The grounds for the hearing are as follows:

1. On March 16, 2007, this Court entered an Order granting Motion for "partial" summary judgment and denial of Debtor's discharge pursuant to 11 U.S.C. § 727(a)(6)(A) with an attached Memorandum Opinion dated March 16, 2007 (the "Order and Memo Opinion").

2. On March 28, 2007, Andrea Klika, Debtor, Pro Se, received Notice of the Order and Memo Opinion (fact).

3. On March 29, 2007, Andrea Klika, Debtor, Pro Se, filed the Motion to extend the deadline to file Notice of Appeal regarding Order and Memo Opinion pursuant to Bankruptcy Procedure Rules 8002(c)(2), 9022(a), and 7005 and F.R.Civ.P. Rule 5 and 6.

4. It is well established that Debtor is disabled. Debtor is currently under the care of multiple physicians and currently undergoing a sequence of medical procedures that require even more additional time for healthcare and downtime for recoveries. There has been significant decline in the Debtor's health since the beginning of this bankruptcy case over two (2) years ago and Debtor's prognosis is poor. Prolonging this bankruptcy and delaying the appeal will adversely affect Debtor's ability, and also therefore Debtor's right of due process of law.

WHEREFORE, the Debtor, Pro Se, requests that this Court grants permission for leave to appeal.

Respectfully Submitted,

Andrea B. Klika
Debtor, Pro Se
100 Belltown Terrace
Bear, DE 19701
(302) 325-1107

Dated: April 19, 2007

IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | (Chapter 7) |
| ANDREA KLIKA, | ) | |
| Debtor, Pro Se | ) | Adv. Nos. 06-50605 |
| | ) | (MFW) and 06-50607 |
| In re: | ) | (MFW) CONSOLIDATED |
| | ) | |
| KELLY BEAUDIN STAPLETON, | ) | |
| United States Trustee, | ) | |
| Plaintiff | ) | Other Reference No. |
| v. | ) | [if required by Court] |
| | ) | |
| ANDREA KLIKA, | ) | |
| Defendant | ) | |

## ORDER AND PERMISSION FOR LEAVE TO APPEAL

**Upon consideration and hearing of the Motion for leave to appeal** the Order

granting the motion for partial summary judgment and the accompanied Memorandum

Opinion of the bankruptcy judge entered in this adversary proceeding on the 16th day of

March 2007, **and any answers thereof, it is hereby**

ORDERED that the Motion for leave to appeal is **GRANTED**, and it is further

ORDERED Debtor is **PERMITTED** leave to appeal, in the matter pursuant to F.R.B.P.

Rules 8001(b)(2) and 8003, and 28 U.S.C. §158(a)(3) and 158(a)(1).

Date: _____, 2007

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

Date: _____, 2007
[additional date if required]

_____

_____
United States District Court Judge
[additional Court name and signature if required]

IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | (Chapter 7) |
| ANDREA KLIKA, | ) | |
| Debtor, Pro Se | ) | Adv. Nos. 06-50605 (MFW) |
| | ) | and 06-50607 (MFW) |
| In re: | ) | CONSOLIDATED |
| | ) | |
| KELLY BEAUDIN STAPLETON, | ) | **MOTION FOR LEAVE TO** |
| United States Trustee, | ) | **APPEAL PURSUANT TO** |
| Plaintiff | ) | **FED. R. BANKRUPTCY** |
| v. | ) | **PROCEDURE RULES** |
| | ) | **8001(b)(2) AND 8003, AND** |
| ANDREA KLIKA, | ) | **28 U.S.C. §158(a)(3) AND** |
| Defendant | ) | **§158(a)(1).** |

**NOTICE OF:** MOTION FOR LEAVE TO APPEAL PURSUANT TO FED. R.
BANKRUPTCY PROCEDURE RULES 8001(b)(2) AND 8003, AND 28 U.S.C.
§158(a)(3) AND §158(a)(1).

PLEASE TAKE NOTICE that the Debtor, Andrea Klika, Pro Se (Movant), has filed the attached Debtor's Motion for Leave to Appeal pursuant to F.R.B.P. Rules 8001(b)(2) and 8003, and 28 U.S.C. §158(a)(3) and 158(a)(1) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The Motion hearing date, time, and location will be scheduled by the Court following the filing of this Motion.

PLEASE TAKE FURTHER NOTICE that any objections to the motion should be served upon the Honorable Mary F. Walrath, Chief United States Bankruptcy Judge for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, the District Court if required, and upon the Trustee's Counsel, and U.S. Trustee Counsel.

Andrea B. Klika
Debtor, Pro Se
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107

Dated:  April 19, 2007

## CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of

the Notice of Motion and the Motion for Leave to Appeal was made on 19 April 2007 by

U.S. Mail:


Jonathan Stemerman, Esq.
Bradford Sandler, Esq.
Adelman Lavine Gold and Levin
919 N. Market St., Suite 710
Wilmington, DE  19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE  19801
[D. Buchbinder, Esq., Representing U.S. Trustee]


Under penalty of perjury, I declare that the foregoing is true and correct.


19 April 2007
Date

Signature
Andrea B. Klika