IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| ANDREA KLIKA : | Bankruptcy Co. No. 05-BK-10707 |
| Debtor : | |
| U.S. TRUSTEE KELLY BEAUDIN STAPLETON : | |
| : | |
| Appellant : | |
| v. : | Civil Action No. 07-240 GMS |
| ANDREA KLIKA : | |
| Appellee : | |

## ORDER

WHEREAS, on May 2, 2007, a Notice of Appeal of the Order of the Bankruptcy Court entered on March 16, 2007, was filed (D.I. 1);

WHEREAS, on May 4, 2007, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on September 20, 2007, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq., (D.I. 6);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than October 26, 2007.

_Sept. 24, 2007_
DATE

_[signature]_
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
SEP 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE