IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

☐ ORIGINAL

| | |
|---|---|
| In re: | ) |
| | ) |
| ANDREA KLIKA, | ) |
|       Debtor, Pro Se | ) |
| | ) **D.C. NO. 07-240 GMS** |
| In re: | ) |
| | ) |
| ANDREA KLIKA, | ) |
|       Appellant, Pro Se | ) **MOTION TO PROCEED** |
|       Defendant, Pro Se | ) **ON ORIGINAL RECORD** |
| | ) **AND ELIMINATE** |
| v. | ) **REQUIREMENT TO FILE** |
| | ) **WHOLE RELEVANT** |
| KELLY BEAUDIN STAPLETON, | ) **DOCKET ENTRIES** |
| United States Trustee, | ) **ALREADY DESIGNATED** |
|       Appellee | ) **IN THE APPENDIX OF** |
|       Plaintiff | ) **THE BRIEF *AND* NOTICE** |
| | ) **OF MOTION.** |
| GEORGE MILLER, | ) |
| Chapter 7 Trustee, | ) |
|       Appellee | ) |
|       Plaintiff | ) |

**MOTION TO PROCEED ON ORIGINAL RECORD AND ELIMINATE
REQUIREMENT TO FILE WHOLE RELEVANT DOCKET ENTRIES
ALREADY DESIGNATED IN THE APPENDIX OF THE BRIEF *AND* NOTICE
OF MOTION**

Andrea Klika, Appellant, Debtor, Pro Se (Movant), requests that this Honorable Court

hears and grants this Motion pursuant to the laws and rules outlined below. The Motion

hearing date, time, and location will be scheduled by the District Court following the filing of

this Motion in the U.S. District Court for the District of Delaware.

*MOTION SUBMITTED PURSUANT TO: Federal Rules of Bankruptcy Procedures (USC 11 Rules 8006-8010 and other applicable Rules, Federal Rules of Appellate Procedures (USC 28 2072-2075, Rules 30-32), Federal Rules of Civil Procedures (USC 28 2072-2074, Rules 1-86), Constitutional Law.*

***TO PROCEED ON THE ORIGINAL RECORD AND ELIMINATE THE REQUIREMENT TO FILE WHOLE RELEVANT DOCKET ENTRIES ALREADY DESIGNATED IN THE APPENDIX OF THE BRIEF:***

*1.*    Appellant has filed a Motion to Proceed in forma pauperis on May 2, 2007, entered May 3, 2007 and still pending.    Appellant is also pro se.

*2.*    Appellant has filed Designations and Issues on October 10, 2007.  Designations are being electronically transmitted to the District Court.  Designations are of impractical volume to copy and carry for Appellant as Appellant is disabled and lacks sufficient resources to accomplish this task as well as extremely expensive even with the reduced four copy requirement for a Pro Se party proceeding in forma pauperis.  *See FRAP Rule 30, Appendix to the Briefs.*

*3.*    Appellant believes that if this Motion is not granted including the requirements of the contents of the Appendix to include relevant docket entries that are so designated, that her substantial rights shall be greatly diminished.  *See FRAP (USC 28, 2075, Rules 30-32), Constitutional Law Right of Due Process.*  Appellant believes that reference to the

relevant whole docket entries designated shall suffice, including copying only certain

pages of whole relevant docket entries. *See FRAP Rule 30 (a)(1)A(B).*

Dated: October 10, 2007

Andrea B. Klika
Appellant, Debtor, Pro Se
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the
MOTION TO PROCEED ON ORIGINAL RECORD AND ELIMINATE
REQUIREMENT TO FILE WHOLE RELEVANT DOCKET ENTRIES ALREADY
DESIGNATED IN THE APPENDIX OF THE BRIEF *AND* NOTICE OF MOTION was
made on 10 October 2007 by U.S. Mail and that service to the following:


Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]



Under penalty of perjury, I declare that the foregoing is true and correct.


10 October 2007
Date

Signature
Andrea B. Klika
Appellant, Debtor, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                     )
                                           )    **D.C. NO.  07-240 GMS**
ANDREA KLIKA,                              )
       Appellant, Pro Se                )
       Defendant, Pro Se                )
       Debtor, Pro Se                   )    **RE:**
                                           )    **MOTION TO PROCEED**
v.                                         )    **ON ORIGINAL RECORD**
                                           )    **AND ELIMINATE**
                                           )    **REQUIREMENT TO FILE**
KELLY BEAUDIN STAPLETON,                   )    **WHOLE RELEVANT**
United States Trustee,                     )    **DOCKET ENTRIES**
       Appellee                         )    **ALREADY DESIGNATED**
       Plaintiff                        )    **IN THE APPENDIX OF**
                                           )    **THE BRIEF *AND* NOTICE**
GEORGE MILLER,                             )    **OF MOTION.**
Chapter 7 Trustee,                         )
       Appellee                         )
       Plaintiff                        )

## ORDER

WHEREAS, on October 10, 2007, a Motion to Proceed on Original Record and

Eliminate Requirement to File Whole Relevant Docket Entries Already Designated in the

Appendix of the Brief was filed by Appellant, Debtor, Pro Se, Andrea Klika.

IT IS HEARBY ORDERED that:

The Motion to Proceed on Original Record and Eliminate Requirement to File

Whole Relevant Docket Entries Already Designated in the Appendix of the Brief is

**GRANTED.**

Date: _____, 2007          _____

                                     The Honorable Gregory M. Sleet
                                     United States District Court Judge

                                     District of Delaware