IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ANDREA KLIKA, | |
| Debtor. | Case No. 05-10707 (MFW) |
| George L. Miller, Chapter 7 Trustee | |
| Plaintiff | Adversary No. 06-50607 (MFW) |
| v. | |
| Andrea Klika | |
| Defendant | |
| Andrea Klika, | |
| Appellant | Case No. 1:07-cv-00240-GMS |
| v. | |
| U.S. Trustee Kelly Beaudin Stapleton, George L. Miller, Chapter 7 Trustee | |
| Appellee | |

## MOTION AND ORDER FOR ADMISSION OF JENNIFER L. MALESKI *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer L. Maleski, Esquire of Dilworth Paxson LLP as counsel to George L. Miller, Chapter 7 Trustee, with respect to the above captioned matter.

DILWORTH PAXSON LLP

/s/ Peter C. Hughes
Peter C. Hughes (DE #4180)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
Tel: (302) 571-9800

Dated: October 12, 2007            Counsel for George L. Miller, Chapter 7 Trustee

708808_1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
J.

Dated:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83-5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83-6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court (receipt #147544).

/s/ Jennifer L. Maleski
Jennifer L. Maleski, Esquire
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801

Dated: October 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I caused one copy of the foregoing to be served upon the persons on the attached list by first class United States mail, postage prepaid, unless otherwise indicated.

/s/ Stephanie McFadyen
Stephanie McFadyen, Paralegal

Dated: October 12, 2007

708808_1

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Andrea Klika
100 Belltown Terrace
Bear, DE 19701

David L Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801