# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **ANDREA KLIKA,** | : | **Case No. 05-10707 (MFW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **George L. Miller, Chapter 7 Trustee** | : | |
| | : | |
| Plaintiff | : | **Adversary No. 06-50607 (MFW)** |
| v. | : | |
| | : | |
| **Andrea Klika** | : | |
| Defendant | : | |
| | : | |
| **Andrea Klika,** | : | |
| | : | |
| Appellant | : | **Case No. 1:07-cv-00240-GMS** |
| v. | : | |
| | : | |
| **U.S. Trustee Kelly Beaudin Stapleton,** | : | |
| **George L. Miller, Chapter 7 Trustee** | : | |
| | : | |
| Appellee | : | |

### ENTRY OF APPEARANCE ON BEHALF OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS

     Peter C. Hughes, Esquire and Jennifer L. Maleski, Esquire (Pro Hac Admission pending) of Dilworth Paxson LLP hereby enter their appearance on behalf of George L. Miller, Chapter 7 Trustee, a party in interest, and on behalf of George L. Miller, Chapter 7 Trustee requests notice of all matters for which notice is given to creditors, any creditor's committee, any other party in interest herein, or their counsel, including but not limited to all schedules, motions, applications, plans of reorganization, disclosure statements, notices, orders and any other documents and pleadings, including those in adversary proceedings, be sent to Peter C. Hughes, Esquire and Jennifer L. Maleski, Esquire at the following address:

                        Peter C. Hughes, Esquire
                        Jennifer L. Maleski. Esquire
                        Dilworth Paxson LLP
                        3200 Mellon Bank Center
                        1735 Market Street
                        Philadelphia, PA  19103-7595
                        (215) 575-7000

696783_1

This request shall be deemed to be a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

|  |  |
|---|---|
| Date: October 12, 2007 | /s/ Peter C. Hughes<br>Peter C. Hughes (DE #4180)<br>Jennifer L. Maleski, Esquire<br>Dilworth Paxson LLP<br>One Customs House – Suite 500<br>704 King Street<br>Wilmington, DE  19801<br>Tel: (302) 571-9800<br><br>- and -<br><br>Peter C. Hughes (PA #62806)<br>Jennifer L. Maleski, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Tel: (215)575-7000<br><br>Counsel for George L. Miller,<br>Chapter 7 Trustee |

696783_1

## CERTIFICATE OF SERVICE

I, Stephanie McFadyen, hereby certify that on October 12, 2007, I caused the attached Request for Service of Papers, Receipt of Notices, and Inclusion on Notice List to be served on the following individuals via first class mail, postage prepaid:

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Andrea Klika
100 Belltown Terrace
Bear, DE 19701

David L Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801

/s/ Stephanie McFadyen
Stephanie McFadyen, Paralegal

696783_1