IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
[IN RE TO: APPEAL TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE]

FILED
2007 OCT 10  PM 3: 45

BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 05-10707 (MFW) |
| | ) | (Chapter 7) |
| ANDREA KLIKA, | ) | |
|     Debtor, Pro Se | ) | Adv. Nos. 06-50605 (MFW) |
| | ) | and 06-50607 (MFW) |
| In re: | ) | CONSOLIDATED |
| | ) | |
| ANDREA KLIKA, | ) | D.C. NO. 07-240 GMS |
|     Appellant, Pro Se | ) | |
|     Defendant, Pro Se | ) | **NOTICE AND REQUEST** |
| | ) | **FOR RECORD ON** |
| v. | ) | **APPEAL (DESIGNATIONS)** |
| | ) | **TO BE FORWARDED TO** |
| KELLY BEAUDIN STAPLETON, | ) | **THE U.S. DISTRICT** |
| United States Trustee, | ) | **COURT *AND* ISSUES** |
|     Appellee | ) | **STATED PURSUANT TO** |
|     Plaintiff | ) | **FRBP RULE 8006 AND** |
| | ) | **LOCAL RULE 8006-1.** |
| GEORGE MILLER, | ) | |
| Chapter 7 Trustee, | ) | |
|     Appellee | ) | |
|     Plaintiff | ) | |
| | ) | |

**NOTICE AND REQUEST FOR RECORD ON APPEAL (DESIGNATIONS) TO BE FORWARDED TO THE U.S. DISTRICT COURT *AND* ISSUES STATED PURSUANT TO FRBP RULE 8006 AND LOCAL RULE 8006-1**

A **Notice of Appeal** (Bankruptcy Court Case No. 05-10707 MFW, Listed under Adv. Proc. No. 06-50605 MFW, **AP-07-14**; US District Court Case No. 07-240 GMS, **1**) was filed on April 19, 2007 in the Bankruptcy Court and on May 2, 2007 in the US District Court, respectively. Designations submission (Rule 8006, Local Rule 8006-1) was pending due to the pending outcome of the Motion to Leave to Appeal. As now this appeal is moving forward although the Motion to Leave will not be heard, and as such, the **designation** is hereby submitted *by request* and *related Motion to Proceed on the Original Record*. Please be aware that the Debtor Appellant Pro Se also filed a *Motion to Proceed informa pauperis*.

This is notification of a request to assemble and copy, if required, the following designations and request for **designations to be electronically forwarded to the District Court** for inclusion in the Record on appeal.

**The items designated are:**
1. *List of* docket entries in **Case No. 05-10707 (MFW)**. Note that this listing includes identification of parties and their representatives.
2. **All docket entries in Case No. 05-10707 (MFW), numbers 1-194 and all their exhibits** to current date.
3. *List of* docket entries in **Adv. Proc. No. 06-50605 (MFW)**. Note that this listing includes identification of parties and their representatives.
4. **All docket entries in Adv. Proc. No. 06-50605 (MFW), numbers 1-43 and all their exhibits** to current date.
5. *List of* docket entries in **Adv. Proc. No. 06-50607 (MFW)**. Note that this listing includes identification of parties and their representatives.
6. **Docket entries in Adv. Proc. No. 06-50607 (MFW), numbers 1-4, and 9-12, and all their exhibits.** Note that other docket entries not designated in Adv. Proc. No. 06-50607 (MFW) are actually duplications already designated in Adv. Proc. No. 06-50605 (MFW) as these two Adversary Proceedings have been consolidated.

Any Docket entries with evidence so stated in the Motion to Suppress will not be a part of the Record, however practically and realistically, separation of these items prior to being copied and sent over to the Clerk of the District Court is not possible. Additionally, total pages of each docket entry and their exhibits are found in the electronic Court database system and not included here, but this information can be accessed by the appellees who all have access to the system and shall be forwarded with the Record to the District Court.

**No additional transcript is requested.** Note that one transcript of a December 8, 2005 hearing is part of the designations and contained as an exhibit.

The Debtor Appellant Pro Se shall take any action necessary to enable the Clerk to assemble and transmit the record and has notified the Bankruptcy Court in advance of this request.

These designations are electronically available to both appellees, and with this notice and request shall be deemed so served.

**APPEAL ISSUES:**

1. Subject matter jurisdiction.

2. Matter of law, conclusions of law.

3. Legal rights, substantial rights, and liabilities of parties, persons, entities.

4. Identification and usage of ultimate truths, triable issue of fact, relevant evidence that is material, genuine issues, and genuine issues as *bona fide* disputes in regards to liability or amount, in this appeal and case. Suppression of irrelevant material in the Record of this appeal and case and/or false and/or inaccurate findings.

5. Usage and presentation by the appellees of frivolous and fallacious allegations without proofs *as* evidence and basis, causing substantive harm to Debtor.

6. Investigation of and identification of the mysterious activities, extraordinary happenings, and "findings", like changing the words in the Record and/or magically making up and/or fabricating words and/or statements and/or orders that are not in the Record, and lying about what is in the Record. Usage of same as evidence or basis.

7. Conduct, character, motive, intent. Credibility.

8. The substance, elements, or grounds of a cause of action or defense.

9. Validity of the basis for rendering partial summary judgment denying Debtor discharge of debt.

Dated: October 10, 2007

Andrea B. Klika
Appellant, Debtor, Pro Se
100 Belltown Terrace
Bear, DE 19701
(302) 325-1107

## CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the Designations and Issues was made on 10 October 2007 by U.S. Mail and that service to the following:

Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Under penalty of perjury, I declare that the foregoing is true and correct.

10 October 2007
Date

_____
Signature
Andrea B. Klika
Appellant, Debtor, Pro Se

U.S. Bankruptcy Court

*District of Delaware*

824 N. Market St., 3rd Floor

Wilmington, DE 19801

|  |  |
|---|---|
| In Re: | ) |
|  | ) |
| Andrea Klika, | ) CASE NO. 05-10707-MFW |
|  | ) Adv. Proc. 06-50605 |
| Debtor. | ) Adv. Proc. 06-50607 |
|  | ) |
| 100 Belltown Terrace | ) CHAPTER 7 |
|  | ) |
| Bear, DE 19701 | ) District Court No. 07-240 |
|  | ) (GMS) |

Date of Filing    _October 10, 2007_

**Purpose**

| Type of Filing | Check if Applicable |
|---|---|
| Exhibit |  |
| Reporting |  |
| Amendment    No Fee    Fee |  |
| Motion |  |
| Pleading |  |
| Other - Specify  Designations & Issues | X |

In RE: Appeal to District Court

**COVER TRANSMITTAL**