**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE]

| | |
|---|---|
| In re: ) | |
| ) | |
| ANDREA KLIKA, ) | |
|     Debtor, Pro Se ) | **D.C. NO. 07-240 GMS** |
| ) | |
| In re: ) | |
| ) | |
| ANDREA KLIKA, ) | **ISSUES PURSUANT TO** |
|     Appellant, Pro Se ) | **FRBP RULE 8006 AND** |
|     Defendant, Pro Se ) | **LOCAL RULE 8006-1.** |
| ) | |
| v. ) | |
| ) | FILED |
| KELLY BEAUDIN STAPLETON, ) | |
| United States Trustee, ) | OCT 12 2007 |
|     Appellee ) | |
|     Plaintiff ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF DELAWARE |
| GEORGE MILLER, ) | |
| Chapter 7 Trustee, ) | |
|     Appellee ) | |
|     Plaintiff ) | |
| ) | |

**ISSUES PURSUANT TO FRBP RULE 8006 AND LOCAL RULE 8006-1**

**BACKGROUND:**

1. A **Notice of Appeal** (Bankruptcy Court Case No. 05-10707 MFW, Listed under Adv. Proc. No. 06-50605 MFW as AP-07-14; US District Court Case No. 07-240 GMS, as entry 1) was filed on April 19, 2007 in the Bankruptcy Court, subsequently transmitted to and filed on May 2, 2007 in the US District Court.

2. **Designations** submission (Rule 8006, Local Rule 8006-1) was pending due to the pending outcome of the Motion to Leave to Appeal. As now this appeal is moving

forward although the Motion to Leave will not be heard (general issues accompany this Motion), and as such, the Designations filed on October 10, 2007. Designations include the entire Bankruptcy Court Record Case No. 05-10707 (MFW), Adv. Proc. No. 06-50605 (MFW), and Adv. Proc. No. 06-50607 (MFW) to date.

3. Related to Designations and Issues and this appeal are the **Motion to Proceed on the Original Record** and **Motion to Suppress Use of Evidence** which have been filed on October 10, 2007. Granting of these motions are critical to the substantial rights of the Appellant Debtor, Pro Se.

4. Debtor Appellant Pro Se also filed a **Motion to Proceed informa pauperis** on April 19, 2007 in the Bankruptcy Court, subsequently transmitted to and filed on May 2, 2007 in the US District Court, and to date, currently pending. Appellant Debtor Pro Se is disabled and insolvent. Granting of this motion is critical to the substantial rights of the Appellant Debtor, Pro Se, in this appeal.

### APPEAL ISSUES:

1. Subject matter jurisdiction.
2. Matter of law, conclusions of law.
3. Legal rights, substantial rights, and liabilities of parties, persons, entities.
4. Identification and usage of ultimate truths, triable issue of fact, relevant evidence that is material, genuine issues, and genuine issues as *bona fide* disputes in regards to

liability or amount, in this appeal and case. Suppression of irrelevant material in the Record of this appeal and case and/or false and/or inaccurate findings.

5. Usage and presentation by the appellees of frivolous and fallacious allegations without proofs *as* evidence and basis, and causing substantive harm to Debtor.

6. Investigation of the existence and identification of the mysterious activities, extraordinary happenings, and "findings" of "fact" in the Record and magic of fabricating words and/or statements and/or orders that are not in the Record, and lying about what is in the Record. Usage of same as evidence or basis. Findings or rulings of law, findings of fact.

7. Conduct, character, motive, intent. Credibility.

8. The substance, elements, or grounds of a cause of action or defense.

9. Validity of the basis for rendering partial summary judgment denying Debtor discharge of debt.

10. Motions filed in this Court

Dated: October 12, 2007

Andrea B. Klika
Appellant, Debtor, Pro Se
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the Issues was made on 10 October 2007 and 12 October 2007 by U.S. Mail and that service made to the following:

Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE  19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Under penalty of perjury, I declare that the foregoing is true and correct.

12 October 2007
Date

Signature
Andrea B. Klika
Appellant, Debtor, Pro Se