IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>                Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>                Appellant,<br><br>   v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>              Appellees. | Civil Action No. 07-240 GMS |

**APPELLEE UNITED STATES TRUSTEE'S OBJECTION TO APPELLANT'S MOTION TO PROCEED ON ORIGINAL RECORD AND ELIMINATE REQUIREMENT TO FILE WHOLE RELEVANT DOCKET ENTRIES ALREADY DESIGNATED IN THE APPENDIX OF THE BRIEF AND NOTICE OF MOTION**

      Comes now Kelly Beaudin Stapleton, United States Trustee for Region Three ("UST"), one of the Appellees herein, and opposes the Appellant's Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated in the Appendix of the Brief and Notice of Motion (D.E. 8, "Motion"), on the grounds set forth below:

      1.     The United States Trustee for the District of Delaware has the responsibility under 28 U.S.C. Section 586 to supervise the administration of cases and trustees in cases under Chapter 7 and Chapter 11 of Title 11, United States Code.

      2.     The United States Trustee is the Appellee herein.  Additionally, the United States Trustee has standing to be heard pursuant to 11 U.S.C. § 307.

3.      The Motion is not clear as to the relief sought by Appellant. It is not clear if Appellant is requesting that the record be designated by reference to docket entries in the underlying bankruptcy case-in-chief (Case. No. 05-10707) and the adversary proceedings appealed from (06-50605, and 06-50607) and that the Court and parties be permitted to access and quote from such entries as though prepared and filed with this Court, or if the Appellant is requesting that the record solely be the docket entries in the various cases themselves, without regard to the underlying documents. If the request is the former, the UST leaves the matter to the Court's discretion. If the request is to the latter, the UST opposes the request because a docket consisting solely of docket entries without the underlying documents will deprive the parties of a meaningful record in this case.

4.      The UST reserves her rights to further respond to any amendments to the Motion.

Wherefore, the UST respectfully requests that the Court deny the Appellant's Motion and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated: October 19, 2007

David L. Buchbinder, Esq.
Trial Attorney
Office of the United States Trustee
844 King Street, Ste. 2207
Wilmington, DE. 19801
(302) 573-6491
(302) 573-6497 fax

709661_1                                    2