IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>        Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>        Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>        Appellees. | Civil Action No. 07-240 GMS |

## CERTIFICATE OF SERVICE

I certify that, on October 22, 2007, I caused to be served a copy/copies of the Appellee United States Trustee's Objection to Appellant's Motion to Suppress the Use of As Evidence and Notice of Motion and Appellee United States Trustee's Objection to Appellant's Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated in the Appendix of the Brief and Notice of Motion   via First Class United States Mail to the following persons:

Andrea Klika  
100 Belltown Terrace  
Bear, De 19701

Jennifer Maleski, Esq.  
Dilworth & Paxson  
1735 Market Street, Ste. 3200  
Philadelphia, PA 19103-7595

                                          /s/  
                            David L. Buchbinder, Trial Attorney