**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br>            Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>            Appellant,<br><br>    v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>            Appellees. | Civil Action No. 07-240 GMS |

**APPELLEE CHAPTER 7 TRUSTEE GEORGE L. MILLER'S OBJECTION TO APPELLANT'S MOTION TO SUPPRESS THE USE OF AS (SIC) EVIDENCE**

George L. Miller, the Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, hereby objects to the Motion to Suppress the Use of Evidence (the "Motion") filed by Appellant Andrea Klika (the "Appellant"), and in support thereof, avers as follows:

1.      On March 11, 2005, the Appellant filed for voluntary relief under Chapter 11 of the Bankruptcy Code.

2.      On December 12, 2005, the Debtor's Chapter 11 case was converted to Chapter 7 and the United States Trustee appointed George L. Miller as Trustee of the Debtor's estate.

3.      On March 16, 2007, the Bankruptcy Court entered an Order denying the Debtor's discharge. That Order is the subject of this appeal.

4.      On October 12, 2007, the Motion was entered on the docket. In the Motion, the Debtor purports to seek the suppression of certain categories of evidence or "theories."

5. The Motion, however, is unclear as to which specific evidence that the Debtor seeks to suppress.

6. The Motion also fails to identify any legal basis for the suppression of any evidence in the Debtor's appeal.

7. Because there is no legitimate basis to suppress evidence in this matter, and because the Debtor failed to specify which evidence she seeks to suppress, the Motion should be denied.

WHEREFORE, the Trustee respectfully requests that this Court deny the Appellant's Motion to Suppress.

Dated: October 22, 2007

/s/ Peter C. Hughes
Peter C. Hughes
Jennifer L. Maleski
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19801
(302) 571-9800

and

Peter C. Hughes
Jennifer L. Maleski
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103
(215) 575-7000
(215) 575-7200 (fax)

Attorneys for George L. Miller,
Chapter 7 Trustee

709942_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>        Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>        Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>        Appellees. | Civil Action No. 07-240 GMS |

## ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the Appellant's Motion to Suppress the Use of as (SIC) Evidence, and any objections thereto, it is hereby:

**ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____<br>CHIEF JUDGE GREGORY M. SLEET

709987_1