# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>    Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>    Appellant,<br><br>  v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>    Appellees. | Civil Action No. 07-240 GMS |

## CERTIFICATE OF SERVICE

I, Stephanie McFadyen, Paralegal, hereby certify that on October 23, 2007, I caused a true and correct copy of the Appellee Chapter 7 Trustee George L. Miller's Objection to Appellant's Motion to Suppress the Use of As (Sic) Evidence and the Appellee Chapter 7 Trustee George L. Miller's Limited Objection to Appellant's Motion to Proceed on Original Record to be served via first class mail upon the parties listed below:

| | |
|---|---|
| Andrea Klika<br>100 Belltown Terrace<br>Bear, DE 19701 | David L. Buchbinder<br>United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2313<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

/s/ Stephanie McFadyen
STEPHANIE MCFADYEN, Paralegal

710076_1