

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ANDREA KLIKA,<br>Debtor, Pro Se<br><br>In re:<br><br>ANDREA KLIKA,<br>Appellant, Pro Se<br>Defendant, Pro Se<br><br>v.<br><br>KELLY BEAUDIN STAPLETON,<br>United States Trustee,<br>Appellee<br>Plaintiff<br><br>GEORGE MILLER,<br>Chapter 7 Trustee,<br>Appellee<br>Plaintiff | **D.C. NO. 07-240 GMS**<br><br>Dear Judge RE: Stipulated Jointly Proposed Briefing Scheduling Order |

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 26 AM 4:25

**DEAR JUDGE RE: STIPULATED JOINTLY PROPOSED BRIEFING SCHEDULING ORDER**

1. On September 24, 2007, the Court ordered the Parties in the caption above and outlined below to submit a jointly prepared proposed briefing schedule (**the "Proposed Briefing Schedule"**) for the Court's consideration in connection with the above-captioned Civil Action Case and proceedings.

2. **These Parties are: Appellant**, Andrea Klika, Debtor, Pro Se, of Bear, Delaware, **and Appellees: Appellee**, Kelly Beaudin Stapleton, Esquire, the United States Trustee, U.S. Department of Justice, by and through David Buchbinder, Esquire, and as the U.S. Department of Justice, located in Wilmington, Delaware, in

the same building as the U.S. District Court District of Delaware; ***and*** **Appellee,** George Miller, and as Chapter 7 Trustee, by and through George Miller, located in Philadelphia, Pennsylvania and/or Jennifer Maleski, Esquire, of Dilworth Paxson LLP (current representative), located in Philadelphia, Pennsylvania with mailing address also in Wilmington, Delaware.

3. Appellant, Andrea Klika, Debtor, Pro Se, is filing this letter today along with the latest version combined effort to jointly propose a briefing schedule as ordered.

4. Although Appellant, Andrea Klika, Debtor, Pro Se, believes comments of Appellee's attorney, Jennifer Maleski, of Dilworth Paxson LLP, representing George Miller, are incorporated in the latest version Stipulated Briefing Schedule Order dated October 26, 2007, as of 3:00 PM today on October 26, 2007, a signature of this party has not been received. Note that these two (2) parties have been in communication with good faith effort to fulfill the order and a 3:00 PM deadline of today in order to file on time was communicated. See attached UPS documentation receipt, draft document and Certificate of Service, of October 22, 2007 and UPS confirmation of delivery with signature of October 23, 2007 **(Exhibit A, 8 pages),** reply to Appellant and latest comments from Appellee's attorney, Dilworth Paxson LLP, dated October 23, 2007, **(Exhibit B, 4 pages),** ***and*** attached Fax communication and confirmation with latest version of document to both Appellees from Appellant, dated October 26, 2007 requesting response, signature and date **(Exhibit C, 8 pages)**, and Version 2

October 26, 2007 filing of the aforementioned order with revision tool error marked and with Appellant signature and Certificate of Service **(Exhibit D, 5 pages)**.

5. Appellant, Andrea Klika, Debtor, Pro Se, has not received any response or comments or signature from Appellee's attorney, David Buchbinder, of the Department of Justice, representing Kelly Beaudin Stapleton. No signature has been received by this party by a 3:00 PM deadline of today in order to file on time. See **Exhibit A and C**.

6. Appellant, Andrea Klika, Debtor, Pro Se, is filing the latest version (2)of the combined effort to jointly propose a briefing schedule as ordered, although not signed by all parties.

7. Appellant, Andrea Klika, Debtor, Pro Se, asks the Court for a concerted effort from all Parties to obtain agreement and signatures.

**Sincerely,**

| Dated: 26 Oct 2007 | ANDREA KLIKA, Appellant, Pro Se<br>Andrea Klika, Pro Se<br>100 Belltown Terrace<br>Bear, DE 19701<br>(302) 325-1107 / fax must call first to turn on |
|---|---|

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the Dear Judge Letter RE: (Stipulated) Jointly Proposed Briefing Scheduling Order was made on 26 October 2007 by overnight mail to the following:

Dilworth Paxson LLP ADDRESS 1:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

Dilworth Paxson LLP ADDRESS 2:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
One Customs House – Suite 500
704 King St.
Wilmington, DE 19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Dated: 26 Oct 2007

Andrea B. Klika

EXHIBIT A

# The UPS Store® PARCEL SHIPPING ORDER

Rev. 9/06

PARCEL SHIPPING ORDER No. 07382332

**CUSTOMER (please print)**

PRINT NAME Andrea Krika
DATE 10/22/2007
STREET 100 Belltown Terrace
PHONE 302-325-1107
CITY/STATE/ZIP Bear, DE 19701
E MAIL:

| PKG. | SENT TO: | LIST ALL CONTENTS | DECLARED VALUE | C.O.D. AMT. | ZONE | WT | DIM. WT. | CK. ONE | Pkg. Charges Amt | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| A | NAME Jennifer Maleski, Esquire Dilworth Paxson LLP (rep. G. Miller) 3200 Mellon Bank Center STREET 1735 Market St. APT. # CITY/STATE/ZIP Philadelphia PA 19103-7595 PHONE (215) 575-7000 E MAIL: EPSO# | Stipulated Briefing Scheduling Order Cert. of Service | $ Ø; ☐ RESIDENTIAL ☑ COMMERCIAL; BREAKABLE ☐ YES ☑ NO; SEE #3 BELOW | $ | ☐ PACKED BY CUSTOMER; REPLACEABLE ☑ YES ☐ NO; SEE BACK | | | ☐ UPS NEXT DAY AIR EARLY A.M. ☑ UPS NEXT DAY AIR ☐ UPS 2ND DAY AIR A.M. ☐ UPS 2ND DAY AIR ☐ UPS 3RD DAY SELECT ☑ UPS GROUND | 17.78 | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |
| B | NAME Jennifer Maleski, Esquire Dilworth Paxson LLP (rep G. Miller) One Customs House - Suite 500 STREET 704 King St. APT # CITY/STATE/ZIP Wilmington, DE 19801 PHONE ~~(215) 575-7000~~ (302) 571-9800 E MAIL: EPSO# | Stipulated ~~Briefing~~ Scheduling Order Cert. of Service | $ Ø; ☐ RESIDENTIAL ☑ COMMERCIAL; BREAKABLE ☐ YES ☑ NO; SEE #3 BELOW | $ | ☐ PACKED BY CUSTOMER; REPLACEABLE ☑ YES ☐ NO; SEE BACK | | | ☐ UPS NEXT DAY AIR EARLY A.M. ☑ UPS NEXT DAY AIR ☐ UPS 2ND DAY AIR A.M. ☐ UPS 2ND DAY AIR ☐ UPS 3RD DAY SELECT ☑ UPS GROUND | 17.78 | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |
| C | NAME David Buchbinder, Esquire (rep Kelly Beaudin Stapleton) Office of the U.S. Trustee J. Caleb Boggs Federal Bldg STREET 844 King St. APT # Lockbox 35 Room 2207 CITY/STATE/ZIP Wilmington DE 19801 PHONE 302-573-6491 E MAIL: EPSO# | Stipulated Briefing Scheduling Order Cert of Service | $ Ø; ☐ RESIDENTIAL ☑ COMMERCIAL; BREAKABLE ☐ YES ☑ NO; SEE #3 BELOW | $ | ☐ PACKED BY CUSTOMER; REPLACEABLE ☑ YES ☐ NO; SEE BACK | | | ☐ UPS NEXT DAY AIR EARLY A.M. ☑ UPS NEXT DAY AIR ☐ UPS 2ND DAY AIR A.M. ☐ UPS 2ND DAY AIR ☐ UPS 3RD DAY SELECT ☐ UPS GROUND | 17.78 | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |

1. Subject to these terms and conditions, this The UPS Store® center ("We" or "Us") will receive, forward and/or pack parcels for customer ("You" or "Your"). The carrier for all parcels accepted by Us shall be UPS unless noted here ______. Your true name and address appear on the shipping label. You confirm the accuracy of "Ship To" address (________ initial here).

2. We do not accept hazardous material, Other Regulated Material-D class (ORM-D), illegal items or articles of unusual value, including but not limited to cash. See carrier tariff or service guide for other restricted items. Certified locations may accept some forms of ORM-D.

3. We do not transport Your parcels. We assume no liability for the delivery of the parcels accepted for shipment or for loss or damage by any cause to the parcels or their contents while in transit. You agree that carrier's liability for lost or damaged parcels is limited by the provisions in this PSO. You agree to all terms and conditions on this PSO whether or not declared value is purchased. Driver may deliver parcel without a signature unless You request a signature on delivery and pay any applicable charge for such service. Carrier is not liable for loss or damage occurring after delivery.

(Continued on back).

**CUSTOMER'S SIGNATURE**

I certify that I agree to the terms and conditions herein, and that the stated contents and the value of each package listed is truthful and complete.

SIGN HERE X [signature]

| | |
|---|---|
| SUB-TOTAL | $ |
| TAX | |
| TOTAL CHARGES | $ 79.82 |

Thank You

CENTER #

EMPLOYEE'S INITIALS

CUSTOMER COPY www.theupsstore.com

© 2006 MAIL BOXES ETC., INC. ® (2006 Ed., Rev.2006) (FORM #220105)



October 24, 2007
Shipper Y303X3
Page 1 of 3

**ATTN :** ANDREA KLIKA
**PHONE :** (302)325-1107

**DELIVERY NOTIFICATION** **FAX RESPONSE**

**INQUIRY FROM:** **ANDREA KLIKA**
**SHIPPER**
**100 BELTONE TERRACE**
**BEAR DE 19701**

**SHIPMENT TO:** **DILWORTH PAXSON LLP REP G. M**
**500**
**704 N KING ST FL 5 STE 500**
**WILMINGTON DE 19801**

Shipper Number............................Y303X3 Tracking Identification Number...1ZY303X30190602673

According to our records **1** parcel was delivered on **10/23/07** at **9:58 A.M.**, and left at your **CUSTOMER'S FRONT DESK**. The shipment was signed for by **DANIELSON** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| Y303X3 | | 1ZY303X30190602673 | 704 N KING ST FL 5 STE 500 WILMINGTON | [signature] |



October 24, 2007
Shipper Y303X3

**ATTN :** ANDREA KLIKA
**PHONE :** (302)325-1107

**DELIVERY NOTIFICATION** **FAX RESPONSE**

**INQUIRY FROM:** **ANDREA KLIKA**
**SHIPPER**
**100 BELTONE TERRACE**
**BEAR DE 19701**

**SHIPMENT TO:** **DILWORTH PAXSON LLP REP G. M**
**DILWORTH PAXON**
**1735 MARKET ST STE 33**
**PHILADELPHIA PA 19103**

Shipper Number............................Y303X3 Tracking Identification Number...1ZY303X30123935163

According to our records **1** parcel was delivered on **10/23/07** at **9:57 A.M.**, and left at **MAIL ROOM**. The shipment was signed for by **MCALEER** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET.CITY) | SIGNATURE |
|---|---|---|---|---|
| Y303X3 | | 1ZY303X30123935163 | 1735 MARKET ST STE 33 PHILADELPHIA | |



October 24, 2007
Shipper Y303X3
Page 2 of 3

**ATTN :** ANDREA KLIKA
**PHONE :** (302)325-1107

**DELIVERY NOTIFICATION** **FAX RESPONSE**

**INQUIRY FROM:** **ANDREA KLIKA**
**SHIPPER**
**100 BELTONE TERRACE**
**BEAR DE 19701**

**SHIPMENT TO:** **REP KELLY BEAUDIN STAPLETON**
**TRUSTEE**
**844 N KING ST FL 2 STE 2207**
**WILMINGTON DE 19801**

Shipper Number..........................Y303X3 Tracking Identification Number...1ZY303X30123936868

According to our records **1** parcel was delivered on **10/23/07** at **9:37 A.M.**, and left at your **CUSTOMER'S FRONT DESK**. The shipment was signed for by **MILLER** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| Y303X3 | | 1ZY303X30123936868 | 844 N KING ST FL 2 STE 2207 WILMINGTON | [signature] |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>ANDREA KLIKA,<br>Debtor, Pro Se<br><br>In re:<br><br>ANDREA KLIKA,<br>Appellant, Pro Se<br>Defendant, Pro Se<br><br>v.<br><br>KELLY BEAUDIN STAPLETON,<br>United States Trustee,<br>Appellee<br>Plaintiff<br><br>GEORGE MILLER,<br>Chapter 7 Trustee,<br>Appellee<br>Plaintiff | **D.C. NO. 07-240 GMS** |
|---|---|

**STIPULATED BRIEFING SCHEDULING ORDER**

**Appellant**, Andrea Klika, Debtor, Pro Se, of Bear, Delaware, **and Appellees:** Kelly Beaudin Stapleton, Esquire, the United States Trustee, U.S. Department of Justice, by and through David Buchbinder, Esquire, and as U.S. Department of Justice, located in Wilmington, Delaware, in the same building as the U.S. District Court District of Delaware; ***and*** George Miller, and as Chapter 7 Trustee, by and through George Miller, located in Philadelphia, Pennsylvania and/or Jennifer Maleski, Esquire, of Dilworth Paxson LLP (current representative), located in Philadelphia, Pennsylvania with mailing address also in Wilmington, Delaware, and/or other designated representative of George Miller giving Notice of Appearance, **are referred collectively as the "Parties.", and hereby submit this**

**Stipulated Briefing Scheduling Order (the "Order") in connection with the above-captioned Civil Action Case and proceedings:**

**WHEREAS** on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefing schedule for the Court's condsideration;

**WHEREAS**, the following Motions (**the "Motions"**) filed by the Appellant are pending: 1) Motion to Proceed in forma pauperis filed May 2, 2007; 2) Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated In the Appendix of the Brief filed October 10, 2007; and 3) Motion to Suppress the Use Of As Evidence filed October 10, 2007.

**WHEREAS** the principal brief and subsequent answer and reply are the primary focus of the appeal, **and WHEREAS** the merit of the appeal and decision of the case majorly decided on the briefs, **and WHEREAS** the aforementioned Motions and outcomes are critical to the issues, the structure, content, and relevant constitution of the briefs and effectiveness of the presentation and evaluation of the issues in the appeal. **THUS SO, and WHEREAS** the initiation of the timeline for briefing is dependent and thus contingent upon the outcome of the aforementioned Motions and their respective orders entered and notification of parties.

**WHEREAS** the Parties have agreed that the following briefing schedule shall apply to the Civil Action case proceeding.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The initiation of the timeline for briefing is dependent and contingent upon the outcome of the aforementioned Motions and their respective orders and notification of parties.

2. The initiation of the timeline for briefing is simultaneously dependent upon quality control checking by the Appellant that all pages from all Designations requested and filed by Appellant have been received by the U.S. District Court District of Delaware from the U.S. Bankruptcy Court District of Delaware.

3. The Appellant shall file and serve her brief within 45 (forty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), ***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

4. The Appellees shall file and serve their respective briefs within 45 (forty-five) days after service of the Appellant's brief.

5. The Appellant may file and serve a reply brief within 45 (forty-five) days after service of the Appellee's briefs.

PARTIES:

| ANDREA KLIKA, APPELLANT, PRO SE<br><br>____________________________<br>Andrea Klika, Pro Se<br>100 Belltown Terrace<br>Bear, DE 19701<br>(302) 325-1107 / fax must call first to turn on | KELLY BEAUDIN STAPLETON, APPELLEE, REPRESENTED BY DAVID BUCHBINDER, ESQUIRE<br><br>____________________________<br>David Buchbinder, Esquire<br>Office of the United States Trustee<br>844 King St., Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491/ fax (302) 573-6497 |
|---|---|
| | GEORGE MILLER, APPELLEE, REPRESENTED BY JENNIFER MALESKI, ESQUIRE, OF DILWORTH PAXSON LLP<br><br>____________________________<br>Jennifer Maleski, Esquire<br>One Customs House – Suite 500<br>704 King St.<br>Wilmington, DE 19801<br>(302) 571-9800 [no answer]<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>(215) 575-7000 / fax (215) 575-7200 |

Date: __________, 2007

__________________________________

The Honorable Gregory M. Sleet
United States District Court Judge
District of Delaware

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the Jointly Prepared (Stipulated) Proposed Briefing Scheduling Order was made on 22 October 2007 by overnight mail and that service to the following:

Dilworth Paxson LLP ADDRESS 1:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

Dilworth Paxson LLP ADDRESS 2:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
One Customs House – Suite 500
704 King St.
Wilmington, DE 19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Dated: 22 October 2007

Andrea B. Klika

Exhibit B

# FAX COVER SHEET

DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
U.S.A.

Telephone: (215) 575-7000
Fax: (215) 575-7200

**PLEASE DELIVER IMMEDIATELY!**

| | | | |
|---|---|---|---|
| DATE: | October 23, 2007 | | |
| | **RECIPIENT(S) NAME** | **FAX NUMBER:** | **COMPANY:** |
| TO: | Andrea Klika | 302-325-1107 | |
| FROM: | Stephanie McFadyen | | |
| NO. OF PAGES: | 4 | | |
| CLIENT / MATTER: | 27132-80896 | | |
| USER ID NUMBER: | 1247 | | |
| COMMENTS: | Klika v. Stapleton et al | | |

This will be the only form of delivery of the transmitted document(s).

IF YOU HAVE ANY PROBLEMS RECEIVING THIS MESSAGE OR DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (215) 575-7000.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. WE WILL PAY THE POSTAGE. THANK YOU.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>Appellees. | Civil Action No. 07-240 GMS |

**STIPULATED SCHEDULING ORDER**

Appellees Kelly Beaudin Stapleton, the United States Trustee, and George L. Miller, the Chapter 7 Trustee (collectively, the "Appellees"), by and through their undersigned counsel, and Appellant Andrea Klika (the "Appellant") (collectively, the Appellees and the Appellant are referred to as the "Parties"), hereby submit this Stipulated Scheduling Order (the "Order") in connection with the above-captioned adversary proceeding (the "Proceeding"):

WHEREAS on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefing schedule for the Court's consideration;

WHEREAS the Appellant on May 2, 2007 filed a Motion to Proceed in Forma Pauperis and on October 10, 2007 filed a Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated in the Appendix of the Brief and a Motion to Suppress the Use of As Evidence (collectively, the "Motions");

WHEREAS on October 22 and 23, 2007, the Appellees filed their respective Objections to the Appellant's Motion to Proceed on Original Record and Motion to Suppress;

WHEREAS the Motions are accordingly still pending and their outcome is relevant to the materials in the record on appeal;

WHEREAS the Parties have determined that briefing should not commence until the Motions are resolved;

WHEREAS the Parties have agreed that the following briefing schedule shall apply to the Proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Appellant shall serve and file her brief within 45 days from the date this Order is entered or the date the Orders are entered with regard to the Motions, whichever is later.

2. The Appellees shall file their respective briefs within 45 days after service of the Appellant's brief.

3. The Appellant may serve and file a reply brief within 45 days after service of the Appellees' briefs.

DILWORTH PAXSON LLP

ANDREA KLIKA

Jennifer L. Maleski, Esquire
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
(302) 571-9800
Counsel for George L. Miller, Chapter 7 Trustee

Andrea Klika
100 Belltown Terrace
Bear, DE 19701
(302) 325-1107
Pro Se

______________________________
David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801
(302) 573-6491

______________________________ Dated: ______________________
The Honorable Gregory M. Sleet
Chief United States District Judge



ANDREA KLIKA
100 BELLTOWN TERRACE
BEAR, DE 19701
(302) 325-1107

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Jennifer Maleski, Esquire,<br>Dilworth Paxson, LLP<br>[rep. George Miller]<br>AND<br>David Buchbinder, Esquire<br>Dept. of Justice<br>[rep. Kelly Beaudin Stapleton] | Andrea Klika, Pro Se |
| RE: | DATE: |
| **D.C. No. 07-240 GMS** | 10/26/2007 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| **Jennifer Maleski, Esquire**<br>**ATTN: Stephanie McFadyen**<br>**(215) 575-7200**<br>**David Buchbinder, Esquire**<br>**(302) 573-6497** | 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| Jennifer Maleski, Esquire<br>(215) 575-7000<br>David Buchbinder, Esquire<br>(302) 573-6491 | 302-325-1107 phone/fax |

■ Urgent  v Review and File  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

NOTES/COMMENTS:

Dear Ms. Maleski and Mr. Buchbinder:

As I plan to file the signed jointly proposed Stipulated Briefing Scheduling Order with the Court today, and as I have incorporated comments received by Ms. Maleski, but did not receive any response or comments from Mr. Buchbinder, please sign and date next to your signature and return the signature page and whole document if you shall so choose to me by fax (302) 325-1107 by 3:00 PM today. I shall file what I receive. Thank you.

Sincerely,

Andrea B. Klika

This facsimile message may contain privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient and authorized to know its contents, you are hereby notified that the review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

*************** -IND. XMT JOURNAL- **************** DATE OCT-26-2007 ***** TIME 12:47 ********

| | |
|---|---|
| DATE/TIME | = OCT-26-2007 12:45 |
| JOURNAL No. | = 11 |
| COMM.RESULT | = OK |
| PAGE(S) | = 005/005 |
| DURATION | = 00:01'22 |
| FILE No. | = 008 |
| MODE | = MEMORY TRANSMISSION |
| DESTINATION | = 12155757200 |
| RECEIVED ID | = / 2155757239 |
| RESOLUTION | = STD |

Jennifer Maleski, Esquire

************************************ - - ***** - - *********

ANDREA KLIKA
100 BELLTOWN TERRACE
BEAR, DE 19701
(302) 325-1107

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Jennifer Maleski, Esquire,<br>Dilworth Paxson, LLP<br>[rep. George Miller]<br>AND<br>David Buchbinder, Esquire<br>Dept. of Justice<br>[rep. Kelly Beaudin Stapleton] | Andrea Klika, Pro Se |
| RE: | DATE: |
| **D.C. No. 07-240 GMS** | 10/26/2007 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| **Jennifer Maleski, Esquire**<br>**ATTN: Stephanie McFadyen**<br>**(215) 575-7200**<br>**David Buchbinder, Esquire**<br>**(302) 573-6497** | 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| Jennifer Maleski, Esquire<br>(215) 575-7000<br>David Buchbinder, Esquire<br>(302) 573-6491 | 302-325-1107 phone/fax |

■ Urgent   v Review and File   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

NOTES/COMMENTS:

Dear Ms. Maleski and Mr. Buchbinder:

As I plan to file the signed jointly proposed Stipulated Briefing Scheduling Order with the Court today, and as I have incorporated comments received by Ms. Maleski, but did not receive any response or comments from Mr. Buchbinder, please sign and date next to your signature and return the signature page and whole document if you shall so choose to me by fax (302) 325-1107 by 3:00 PM today. I shall file what I receive. Thank you.

Sincerely,

Andrea B. Klika

This facsimile message may contain privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient and authorized to know its contents, you are hereby notified that the review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

*************** -IND. XMT JOURNAL- *************** DATE OCT-26-2007 ***** TIME 12:52 ********

| | |
|---|---|
| DATE/TIME | = OCT-26-2007 12:50 |
| JOURNAL No. | = 13 |
| COMM.RESULT | = OK |
| PAGE(S) | = 005/005 |
| DURATION | = 00:01'23 |
| FILE No. | = 011 |
| MODE | = MEMORY TRANSMISSION |
| DESTINATION | = 5736497 |
| RECEIVED ID | = / 302 573 6497 |
| RESOLUTION | = STD |

David Buchbinder, Esquire

************************************ - - ***** - - *********

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ANDREA KLIKA,<br>Debtor, Pro Se<br><br>In re:<br><br>ANDREA KLIKA,<br>Appellant, Pro Se<br>Defendant, Pro Se<br><br>v.<br><br>KELLY BEAUDIN STAPLETON,<br>United States Trustee,<br>Appellee<br>Plaintiff<br><br>GEORGE MILLER,<br>Chapter 7 Trustee,<br>Appellee<br>Plaintiff | **D.C. NO. 07-240 GMS** |

**STIPULATED BRIEFING SCHEDULING ORDER**

**Appellant**, Andrea Klika, Debtor, Pro Se, of Bear, Delaware, **and Appellees: Appellee**, Kelly Beaudin Stapleton, Esquire, the United States Trustee, U.S. Department of Justice, by and through David Buchbinder, Esquire, and as the U.S. Department of Justice, located in Wilmington, Delaware, in the same building as the U.S. District Court District of Delaware; ***and*** **Appellee**, George Miller, and as Chapter 7 Trustee, by and through George Miller, located in Philadelphia, Pennsylvania and/or Jennifer Maleski, Esquire, of Dilworth Paxson LLP (current representative), located in Philadelphia, Pennsylvania with mailing address also in Wilmington, Delaware, **are referred collectively as the "Parties.", and hereby submit this Stipulated Briefing**

**Scheduling Order (the "Order") in connection with the above-captioned Civil Action Case and proceedings:**

**WHEREAS** on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefing schedule for the Court's condsideration;

**WHEREAS**, the following Motions (**the "Motions"**) filed by the Appellant Pro Se are pending: 1) Motion to Proceed in forma pauperis filed May 2, 2007; 2) Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated In the Appendix of the Brief filed October 10, 2007; and 3) Motion to Suppress the Use Of As Evidence filed October 10, 2007; **and WHEREAS**, the Appellee representative Jennifer Maleski, Esquire of Dilworth Paxson LLP states Objections by both Appellees to Appellant Pro Se's Motion to Proceed on Original Record and Appellant Pro Se's Motion to Suppress were filed on October 22 and October 23, 2007; and WHEREAS, only one (1) of these Objections has been received by the Appellee Pro Se as of October 26, 2007, which is the Objection by Appellee representative Jennifer Maleski, Esquire of Dilworth Paxson LLP to Appellant Pro Se's Motion to Proceed on Original Record; **and WHEREAS**, receipt of all said Objections by the Appellant Pro Se and any amendments to aforesaid Motions to address and clarify issues presented in both Appellee's Objections are pending.

**WHEREAS** the principal brief and subsequent answer and reply are the primary focus of the appeal, **and WHEREAS** the merit of the appeal and decision of the case majorly decided on the briefs, **and WHEREAS** the aforementioned Motions and outcomes are critical to the issues, the structure, content, and relevant constitution

of the briefs and effectiveness of the presentation and evaluation of the issues in the appeal. **THUS** the initiation of the timeline for briefing is dependent and thus contingent upon the outcome of the aforementioned Motions and their respective orders entered and notification of parties;

**WHEREAS** the Parties have agreed that the following briefing schedule shall apply to the Civil Action case proceeding.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The initiation of the timeline for briefing is dependent and contingent upon the outcome of the aforementioned Motions and their respective orders and notification of parties.

2. The initiation of the timeline for briefing is simultaneously dependent upon quality control checking by the Appellant that all pages from all Designations requested and filed by Appellant have been received by the U.S. District Court District of Delaware from the U.S. Bankruptcy Court District of Delaware.

3. The Appellant shall file and serve her brief within 45 (forty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), ***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

4. The Appellees shall file and serve their respective briefs within 90 (ninety) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites),

***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

5. The Appellant may file and serve a reply brief within 135 (one hundred thirty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), ***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

**PARTIES:**

| | |
|---|---|
| ANDREA KLIKA, APPELLANT, PRO SE<br><br>________________________ Date _____<br>Andrea Klika, Pro Se<br>100 Belltown Terrace<br>Bear, DE 19701<br>(302) 325-1107 / fax must call first to turn on | KELLY BEAUDIN STAPLETON, APPELLEE, REPRESENTED BY DAVID BUCHBINDER, ESQUIRE, OF THE DEPARTMENT OF JUSTICE<br><br>________________________ Date _____<br>David Buchbinder, Esquire<br>Office of the United States Trustee<br>844 King St., Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 / fax (302) 573-6497 |
| | GEORGE MILLER, APPELLEE, REPRESENTED BY JENNIFER MALESKI, ESQUIRE, OF DILWORTH PAXSON LLP<br><br>________________________ Date _____<br>Jennifer Maleski, Esquire<br>One Customs House – Suite 500<br>704 King Street<br>Wilmington, DE 19801<br>(302) 571-9800 [no answer]<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>(215) 575-7000 / fax (215) 575-7200 |

Date: ___________, 2007

________________________________
The Honorable Gregory M. Sleet
United States District Court Judge
District of Delaware

Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>ANDREA KLIKA,<br>Debtor, Pro Se<br><br>In re:<br><br>ANDREA KLIKA,<br>Appellant, Pro Se<br>Defendant, Pro Se<br><br>v.<br><br>KELLY BEAUDIN STAPLETON,<br>United States Trustee,<br>Appellee<br>Plaintiff<br><br>GEORGE MILLER,<br>Chapter 7 Trustee,<br>Appellee<br>Plaintiff | **D.C. NO. 07-240 GMS** |
|---|---|

**STIPULATED BRIEFING SCHEDULING ORDER**

**Appellant**, Andrea Klika, Debtor, Pro Se, of Bear, Delaware, **and Appellees: Appellee**, Kelly Beaudin Stapleton, Esquire, the United States Trustee, U.S. Department of Justice, by and through David Buchbinder, Esquire, and as the U.S. Department of Justice, located in Wilmington, Delaware, in the same building as the U.S. District Court District of Delaware; ***and*** **Appellee**, George Miller, and as Chapter 7 Trustee, by and through George Miller, located in Philadelphia, Pennsylvania and/or Jennifer Maleski, Esquire, of Dilworth Paxson LLP (current representative), located in Philadelphia, Pennsylvania with mailing address also in Wilmington, Delaware, **are referred collectively as the "Parties.", and hereby submit this Stipulated Briefing**

**Scheduling Order (the "Order") in connection with the above-captioned Civil Action Case and proceedings:**

**WHEREAS** on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefing schedule for the Court's condsideration;

**WHEREAS**, the following Motions (**the "Motions"**) filed by the Appellant Pro Se are pending: 1) Motion to Proceed in forma pauperis filed May 2, 2007; 2) Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated In the Appendix of the Brief filed October 10, 2007; and 3) Motion to Suppress the Use Of As Evidence filed October 10, 2007; **and WHEREAS**, the Appellee representative Jennifer Maleski, Esquire of Dilworth Paxson LLP states Objections by both Appellees to Appellant Pro Se's Motion to Proceed on Original Record and Appellant Pro Se's Motion to Suppress were filed on October 22 and October 23, 2007; and WHEREAS, only one (1) of these Objections has been received by the Appellee Pro Se as of October 26, 2007, which is the Objection by Appellee representative ~~Jennifer Maleski, Esquire of Dilworth Paxson LLP~~ David Buchbinder, Esquire of the Department of Justice (representing Kelly Beaudin Stapleton, U.S. Trustee) to Appellant Pro Se's Motion to Proceed on Original Record; **and WHEREAS**, receipt of all said Objections by the Appellant Pro Se and any amendments to aforesaid Motions to address and clarify issues presented in both Appellee's Objections are pending.

**WHEREAS** the principal brief and subsequent answer and reply are the primary focus of the appeal, **and WHEREAS** the merit of the appeal and decision of the case majorly decided on the briefs, **and WHEREAS** the aforementioned Motions

and outcomes are critical to the issues, the structure, content, and relevant constitution of the briefs and effectiveness of the presentation and evaluation of the issues in the appeal. **THUS** the initiation of the timeline for briefing is dependent and thus contingent upon the outcome of the aforementioned Motions and their respective orders entered and notification of parties;

**WHEREAS** the Parties have agreed that the following briefing schedule shall apply to the Civil Action case proceeding.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The initiation of the timeline for briefing is dependent and contingent upon the outcome of the aforementioned Motions and their respective orders and notification of parties.

2. The initiation of the timeline for briefing is simultaneously dependent upon quality control checking by the Appellant that all pages from all Designations requested and filed by Appellant have been received by the U.S. District Court District of Delaware from the U.S. Bankruptcy Court District of Delaware.

3. The Appellant shall file and serve her brief within 45 (forty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), ***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

4. The Appellees shall file and serve their respective briefs within 90 (ninety) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites),

***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

5. The Appellant may file and serve a reply brief within 135 (one hundred thirty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), ***and*** from the date of entry and party's notifications of this Order, **whichever is later**.

**PARTIES:**

| | |
|---|---|
| ANDREA KLIKA, APPELLANT, PRO SE<br>[signature], Pro Se Date 10/26/2007<br>Andrea Klika, Pro Se<br>100 Belltown Terrace<br>Bear, DE 19701<br>(302) 325-1107 / fax must call first to turn on | KELLY BEAUDIN STAPLETON, APPELLEE, REPRESENTED BY DAVID BUCHBINDER, ESQUIRE, OF THE DEPARTMENT OF JUSTICE<br><br>________________ Date _____<br>David Buchbinder, Esquire<br>Office of the United States Trustee<br>844 King St., Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 / fax (302) 573-6497 |
| | GEORGE MILLER, APPELLEE, REPRESENTED BY JENNIFER MALESKI, ESQUIRE, OF DILWORTH PAXSON LLP<br><br>________________ Date _____<br>Jennifer Maleski, Esquire<br>One Customs House – Suite 500<br>704 King Street<br>Wilmington, DE 19801<br>(302) 571-9800 [no answer]<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>(215) 575-7000 / fax (215) 575-7200 |

Date: __________, 2007

________________________________
The Honorable Gregory M. Sleet
United States District Court Judge
District of Delaware

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the **October 26, 2007 version 2** Jointly Prepared (Stipulated) Proposed Briefing Scheduling Order was made on 26 October 2007 by overnight mail to the following:

Dilworth Paxson LLP ADDRESS 1:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

Dilworth Paxson LLP ADDRESS 2:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
One Customs House -- Suite 500
704 King St.
Wilmington, DE 19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Dated: Oct. 26, 2007

Andrea B. Klika