IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| In re:<br><br>ANDREA KLIKA,<br>　　　　Debtor, Pro Se<br><br>In re:<br><br>ANDREA KLIKA,<br>　　　　Appellant, Pro Se<br>　　　　Defendant, Pro Se<br><br>v.<br><br>KELLY BEAUDIN STAPLETON,<br>United States Trustee,<br>　　　　Appellee<br>　　　　Plaintiff<br><br>GEORGE MILLER,<br>Chapter 7 Trustee,<br>　　　　Appellee<br>　　　　Plaintiff | **D.C. NO. 07-240 GMS** |

### STIPULATED BRIEFING SCHEDULING ORDER

**Appellant**, Andrea Klika, Debtor, Pro Se, of Bear, Delaware, **and Appellees:**

**Appellee**, Kelly Beaudin Stapleton, Esquire, the United States Trustee, U.S.

Department of Justice, by and through David Buchbinder, Esquire, and as the U.S.

Department of Justice, located in Wilmington, Delaware, in the same building as the

U.S. District Court District of Delaware; *and* **Appellee**, George Miller, and as Chapter

7 Trustee, by and through George Miller, located in Philadelphia, Pennsylvania and/or

Jennifer Maleski, Esquire, of Dilworth Paxson LLP (current representative), located in

Philadelphia, Pennsylvania with mailing address also in Wilmington, Delaware, **are**

**referred collectively as the "Parties.", and hereby submit this Stipulated Briefing**

**Scheduling Order (the "Order") in connection with the above-captioned Civil Action Case and proceedings:**

WHEREAS on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefmg schedule for the Court's condsideration;

WHEREAS, the followmg Motions **(the "Motions")** filed by the Appellant Pro Se are pending:  1) Motion to Proceed in forma pauperis filed May 2, 2007; 2) Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated In the Appendix of the Brief filed October 10, 2007; and 3) Motion to Suppress the Use Of As Evidence filed October 10, 2007; **and WHEREAS**, the Appellee representative Jennifer Maleski, Esquire of Dilworth Paxson LLP states Objections by both Appellees to Appellant Pro Se's Motion to Proceed on Original Record and Appellant Pro Se's Motion to Suppress were filed on October 22 and October 23, 2007; and WHEREAS, only one (1) of these Objections has been received by the Appellee Pro Se as of October 26, 2007, which is the Objection by Appellee representative ~~Jennifer Maleski, Esquire of Dilworth Paxson LLP~~ David Buchbinder, Esquire of the Department of Justice (representing Kelly Beaudin Stapleton, U.S. Trustee) to Appellant Pro Se's Motion to Proceed on Original Record; **and WHEREAS**, receipt of all said Objections by the Appellant Pro Se and any amendments to aforesaid Motions to address and clarify issues presented in both Appellee's Objections are pending.

**WHEREAS** the principal brief and subsequent answer and reply are the primary focus of the appeal, **and WHEREAS** the merit of the appeal and decision of the case majorly decided on the briefs, **and WHEREAS** the aforementioned Motions

and outcomes are critical to the issues, the structure, content, and relevant constitution of the briefs and effectiveness of the presentation and evaluation of the issues in the appeal. **THUS** the initiation of the timeline for briefing is dependent and thus contingent upon the outcome of the aforementioned Motions and their respective orders entered and notification of parties;

**WHEREAS** the Parties have agreed that the following briefing schedule shall apply to the Civil Action case proceeding.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The initiation of the timeline for briefing is dependent and contingent upon the outcome of the aforementioned Motions and their respective orders and notification of parties.

2. The initiation of the timeline for briefing is simultaneously dependent upon quality control checking by the Appellant that all pages from all Designations requested and filed by Appellant have been received by the U.S. District Court District of Delaware from the U.S. Bankruptcy Court District of Delaware.

3. The Appellant shall file and serve her brief within 45 (forty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), *and* from the date of entry and party's notifications of this Order, **whichever is later**.

4. The Appellees shall file and serve their respective briefs within 90 (ninety) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites),

*and* from the date of entry and party's notifications of this Order, **whichever is later**.

5. The Appellant may file and serve a reply brief within 135 (one hundred thirty-five) days from the date of entry and party's notifications of an order of the last of the 3 (three) aforementioned Motions (See 1 and 2 above prerequisites), *and* from the date of entry and party's notifications of this Order, **whichever is later**.

**PARTIES:**

| ANDREA KLIKA, APPELLANT, PRO SE | KELLY BEAUDIN STAPLETON, APPELLEE, REPRESENTED BY DAVID BUCHBINDER, ESQUIRE, OF THE DEPARTMENT OF JUSTICE |
|---|---|
| _[signature]_ Pro Se  Date 10/26/2007<br>Andrea Klika, Pro Se<br>100 Belltown Terrace<br>Bear, DE 19701<br>(302) 325-1107 / fax must call first to turn on | _____ Date _____<br>David Buchbinder, Esquire<br>Office of the United States Trustee<br>844 King St., Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 / fax (302) 573-6497 |
|  | GEORGE MILLER, APPELLEE, REPRESENTED BY JENNIFER MALESKI, ESQUIRE, OF DILWORTH PAXSON LLP<br><br>_____ Date _____<br>Jennifer Maleski, Esquire<br>One Customs House – Suite 500<br>704 King Street<br>Wilmington, DE  19801<br>(302) 571-9800 [no answer]<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA  19103-7595<br>(215) 575-7000 / fax (215) 575-7200 |

Date: _____, 2007     _____
                            The Honorable Gregory M. Sleet
                            United States District Court Judge
                            District of Delaware

## CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the **October 26, 2007 version 2** Jointly Prepared (Stipulated) Proposed Briefing Scheduling Order was made on 26 October 2007 by overnight mail to the following:

Dilworth Paxson LLP ADDRESS 1:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
[Representing U.S. Trustee George Miller]

Dilworth Paxson LLP ADDRESS 2:
Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
One Customs House – Suite 500
704 King St.
Wilmington, DE 19801
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE 19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Dated: Oct. 26, 2007

Andrea B. Klika