IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>            Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>            Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>           Appellees. | Civil Action No. 07-240 GMS |

## ORDER

AND NOW, this 3rd day of Dec., 2007, upon consideration of the Appellant's Motion to Proceed on Original Record, and any objections thereto, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the underlying documents filed in the Bankruptcy Court proceeding, including Adversary proceedings, are part of the record on appeal in addition to the docket entries themselves.

BY THE COURT:

_____
CHIEF JUDGE GREGORY M. SLEET

FILED

DEC - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

710074_1