IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re<br><br>ANDREA KLIKA<br><br>　　　　　Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
|---|---|
| ANDREA KLIKA<br><br>　　　　　Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>　　　　　Appellees. | Civil Action No. 07-240 GMS<br><br>OCT 2 9 2007 |

## STIPULATED SCHEDULING ORDER

Appellees Kelly Beaudin Stapleton, the United States Trustee, and George L. Miller, the Chapter 7 Trustee (collectively, the "Appellees"), by and through their undersigned counsel, and Appellant Andrea Klika (the "Appellant") (collectively, the Appellees and the Appellant are referred to as the "Parties"), hereby submit this Stipulated Scheduling Order (the "Order") in connection with the above-captioned adversary proceeding (the "Proceeding"):

WHEREAS on September 24, 2007, the Court ordered the Parties to submit a jointly prepared proposed briefing schedule for the Court's consideration;

WHEREAS the Appellant on May 2, 2007 filed a Motion to Proceed in Forma Pauperis and on October 10, 2007 filed a Motion to Proceed on Original Record and Eliminate Requirement to File Whole Relevant Docket Entries Already Designated in the Appendix of the Brief and a Motion to Suppress the Use of As Evidence (collectively, the "Motions");

1

WHEREAS on October 22 and 23, 2007, the Appellees filed their respective Objections to the Appellant's Motion to Proceed on Original Record and Motion to Suppress;

WHEREAS the Motions are accordingly still pending and their outcome is relevant to the materials in the record on appeal;

WHEREAS the Parties have determined that briefing should not commence until the Motions are resolved;

WHEREAS on September 28, 2007, counsel for the United States Trustee sent a letter to the Appellant requesting that she contact him regarding the proposed briefing schedule. The Appellant did not respond to counsel's letter;

WHEREAS on October 18, 2007, counsel for the Chapter 7 Trustee forwarded to the Appellant a proposed stipulation;

WHEREAS on October 23, 2007, the Appellant forwarded to counsel for the Appellees a proposed stipulation. Counsel for the Appellees were unwilling to sign the Appellant's proposed stipulation as it was written;

WHEREAS on October 23, 2007, counsel for the Chapter 7 Trustee incorporated the deadlines proposed by the Appellant into this Stipulation and forwarded it to the Appellant for her review;

WHEREAS on October 26, 2007, the date by which the joint briefing schedule was to be submitted to the Court, the Appellant had not approved the Stipulation, but provided counsel for the Appellees with a revised proposed stipulation that Counsel for the Appellees were are unwilling to sign as written;

WHEREAS Appellant's October 26, 2007 proposed stipulation provides for concurrent briefing deadlines instead of consecutive deadlines. Concurrent briefing periods are not

appropriate, because the proposed Stipulation can be read to mean that Appellees would be under required to file their opening brief even if the Appellant fails to file her opening brief. Counsel for the Appellees believe that consecutive briefing periods are more appropriate and efficient.

WHEREAS the Parties are unable to submit a joint briefing schedule approved by all Parties by the Court's deadline;

WHEREAS counsel for the Appellees have agreed that the following briefing schedule shall apply to the Proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Appellant shall serve and file her brief within 45 days from the date this Order is entered or the date the Orders are entered with regard to the Motions, whichever is later.

2. The Appellees shall file their respective briefs within 45 days after service of the Appellant's brief.

3. The Appellant may serve and file a reply brief within 45 days after service of the Appellees' briefs.

DILWORTH PAXSON LLP

_____
Jennifer L. Maleski, Esquire
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA  19103
(215) 575-7263
Counsel for George L. Miller, Chapter 7 Trustee

ANDREA KLIKA

_____
Andrea Klika
100 Belltown Terrace
Bear, DE  19701
(302) 325-1107
Pro Se

appropriate, because the proposed Stipulation can be read to mean that Appellees would be under required to file their opening brief even if the Appellant fails to file her opening brief. Counsel for the Appellees believe that consecutive briefing periods are more appropriate and efficient.

WHEREAS the Parties are unable to submit a joint briefing schedule approved by all Parties by the Court's deadline;

WHEREAS counsel for the Appellees have agreed that the following briefing schedule shall apply to the Proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Appellant shall serve and file her brief within 45 days from the date this Order is entered or the date the Orders are entered with regard to the Motions, whichever is later.

2. The Appellees shall file their respective briefs within 45 days after service of the Appellant's brief.

3. The Appellant may serve and file a reply brief within 45 days after service of the Appellees' briefs.

| DILWORTH PAXSON LLP | ANDREA KLIKA |
|---|---|
| *Jennifer J Maleski* | |
| Jennifer L. Maleski, Esquire | Andrea Klika |
| 1735 Market Street | 100 Belltown Terrace |
| 3200 Mellon Bank Center | Bear, DE 19701 |
| Philadelphia, PA 19103 | (302) 325-1107 |
| (215) 575-7263 | Pro Se |
| Counsel for George L. Miller, Chapter 7 Trustee | |

_____
David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801
(302) 573-6491

_____   Dated: Dec. 3, 2007
The Honorable Gregory M. Sleet
Chief United States District Judge