IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ANDREA KLIKA, ) | |
|     Debtor, Pro Se ) | |
| ) | **D.C. NO. 07-240 GMS** |
| In re: ) | |
| ) | |
| ANDREA KLIKA, ) | |
|     Appellant, Pro Se ) | **NOTICE OF TEMPORARY** |
|     Defendant, Pro Se ) | **ADDRESS.** |
| ) | **NOTICE TO CEASE AND** |
| v. ) | **DESIST.** |
| ) | |
| KELLY BEAUDIN STAPLETON, ) | |
| United States Trustee, ) | |
| ) | |
| GEORGE MILLER, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
|     Appellees ) | |
|     Plaintiffs ) | |
| ) | |

**TEMPORARY ADDRESS OF DEBTOR:**

**TEMPORARY ADDRESS OF DEBTOR:**

Club Cascadas de Baja
Camino Viejo a San Jose
Cabo San Lucas, Baja California Sur, 23410 Mexico

**TIME PERIOD AT TEMPORARY ADDRESS:**

BEGIN DATE: January 24, 2008

END DATE: February 5, 2008

Notice: Debtor will be staying with friends and getting dental care. This notice is expressed written notification to the Court, to related and other parties to cease and desist from harassment to the Debtor, to cease and desist harassment to her friends and relatives and all parties connected with this location as the last time the Debtor went to Colorado and provided the address as required, the Debtor was abused and harassed by the U.S. Government while on that trip, and the U.S. Government abused and harassed the owners of the Colorado location during the month of January 2007.

January 23, 2008

*[signature]*
Debtor Pro Se

CERTIFICATE OF SERVICE

I, Andrea Klika, certify that I am not less than 18 years of age, and that service of the Notice of Temporary Address and Notice to Cease and Desist was made on 23 January 2008 by U.S. Mail and that service to the following and all interested parties:

Dilworth Paxson LLP
Jennifer L. Maleski, Esq.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595
[Representing U.S. Trustee George Miller]

D. Buchbinder, Esq.
Kelly B. Stapleton, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg. at 844 King St.
Rm. 2207
Lockbox 35
Wilmington, DE  19801
[D. Buchbinder, Esq., Representing U.S. Trustee]

Under penalty of perjury, I declare that the foregoing is true and correct.

23 January 2008
Date

Signature
Andrea B. Klika
Appellant, Debtor, Pro Se