IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re<br><br>ANDREA KLIKA<br><br>        Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
|---|---|
| ANDREA KLIKA<br><br>        Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>        Appellees. | Civil Action No. 07-240 GMS |

**ORDER**

AND NOW, this __29th__ day of __Jan.__, 2007, upon consideration of the Appellant's Motion to Suppress the Use of as (SIC) Evidence, and any objections thereto, it is hereby:

**ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
CHIEF JUDGE GREGORY M. SLEET

FILED
JAN 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

709987_1