IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANDREA KLIKA, | ) | CASE NO. 05-10707 (MFW) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| ANDREA KLIKA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-240-GMS |
| | ) | |
| U.S. TRUSTEE KELLY BEAUDIN STAPLETON, U.S. TRUSTEE GEORGE L. MILLER, | ) | |
| | ) | |
| Appellees, | ) | |

**ORDER**

At Wilmington this 14th day of March, 2008, the Court having considered the application to proceed without prepayment of fees (Motion to Proceed in forma Pauperis) under 28 U.S.C. § 1915, D.I. #2, on appeal from U.S. Bankruptcy Court;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

MAR 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE