IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Andrea Klika, | ) | Bkrcy. Case No. 05-10707 (MFW) |
| | ) | |
| Debtor | ) | |
| | ) | |
| Kelly Beaudin Stapleton, United States Trustee | ) ) | |
| | ) | |
| Plaintiff, | ) ) | Civil Action No. 07-240-GMS |
| v. | ) ) | |
| Andrea Klika, | ) | |
| Defendant. | ) ) ) | |

**EX PARTE APPLICATION TO AUTOMATICALLY SUBSTITUTE PUBLIC OFFICER AS PARTY (FRCP 25; FRBP 7025)**

Comes now Roberta A. DeAngelis, Acting United States Trustee for Region Three ("UST") and makes application to the Court as follows:

1.   Kelly Beaudin Stapleton, United States Trustee for Region Three, plaintiff herein, ceased her duties as the Acting United States Trustee on May 2, 2008.

2.   On May 3, 2008, Roberta A. DeAngelis became the Acting United States Trustee for Region Three.

Federal Rule of Bankruptcy Procedure 7025 ("FRBP"), which incorporates Federal Rule of Civil Procedure 25 ("FRCP"), provides in pertinent part as follows:

"(d) Public Officers; Death or Separation from Office.
   (1) When a public officer is a party to an action in an official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is **automatically** substituted as a party. Proceedings following the substitution shall be in the name of the substituted party, but any

1

misnomer not affecting the substantial rights of the parties shall be disregarded. An order of substitution may be entered at any time, but the omission to enter such an order shall not affect the substitution.

Accordingly, the UST prays that the Court enter an Order of Substitution replacing Kelly Beaudin Stapleton, United States Trustee, as the proper party plaintiff herein, the caption of the case and the docket also so changed to reflect the substitution.

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**ACTING UNITED STATES TRUSTEE**

BY: _____/s/_____
David L. Buchbinder, Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)

Date: May 7, 2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| Andrea Klika, ) | Bkrcy. Case No. 05-10707 (MFW) |
| ) | |
|        Debtor ) | |
| ) | |
| Andrea Klika, ) | |
| ) | |
|        Appellant, ) | |
| ) | |
|        v. ) | Civil Action No. 07-240-GMS |
| ) | |
| U.S. Trustee Kelly Beaudin Stapleton, ) | |
| George L. Miller, Trustee-in ) | |
| Bankruptcy ) | |
| ) | |
|        Appellees. ) | |
| ) | |

**ORDER GRANTING EX PARTE APPLICATION TO AUTOMATICALLY
SUBSTITUTE PUBLIC OFFICER AS PARTY (FRCP 25; FRBP 7025)**

     Upon the Application of Roberta A. DeAngelis, Acting United States Trustee for Region Three, for an Order pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025, and good cause appearing therefor and it appearing that no notice of the Application is required, it is hereby Ordered as follows:

     1.    Roberta A. DeAngelis, Acting United States Trustee, is hereby substituted as plaintiff in place and in stead of Kelly Beaudin Stapleton pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025.

     [balance of page left intentionally blank]

    2.    The caption and docket of this case shall hereafter appear as:

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Andrea Klika, | ) |
| | ) Case No. 05-10707-MFW |
|     Debtor | ) |
| ---------------------------------------------------------- | ) |
| Andrea Klika, | ) |
| | ) |
|     Appellant. | ) |
| | ) |
|     v. | ) Civil Action No. 07-240-GMS |
| | ) |
| U.S. Trustee Roberta A. DeAngelis, | ) |
| George L. Miller, Trustee-in-Bankruptcy | ) |
| | ) |
| | ) |
|     Appellees | ) |
| | ) |

BY THE COURT:

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ANDREA KLIKA<br><br>　　　　　Debtor. | Chapter 7<br><br>CASE NO. 05-10707 (MFW) |
| ANDREA KLIKA<br><br>　　　　　Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON, et al.<br><br>　　　　　Appellees. | Civil Action No. 07-240 GMS |

**CERTIFICATE OF SERVICE**

　　　I certify that, on May 7, 2008, I caused to be served a copy/copies of the Ex Parte Application to Automatically Substitute Public Officer as Party (FRCP 25; FRBP 7025); Order Granting ex Parte Application to Automatically Substitute Public Officer as Party (FRCP 25; FRBP 7025) via First Class United States Mail to the following persons:

Andrea Klika　　　　　　　　　　　　　　　　Jennifer Maleski, Esq.
100 Belltown Terrace　　　　　　　　　　　　Dilworth & Paxson
Bear, De 19701　　　　　　　　　　　　　　　1735 Market Street, Ste. 3200
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7595


　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　David L. Buchbinder, Trial Attorney

1