IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Andrea Klika, | ) | Bkrcy. Case No. 05-10707 (MFW) |
| | ) | |
| Debtor | ) | |
| | ) | |
| Andrea Klika, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-240-GMS |
| | ) | |
| U.S. Trustee Kelly Beaudin Stapleton, | ) | |
| George L. Miller, Trustee-in | ) | |
| Bankruptcy | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**ORDER GRANTING EX PARTE APPLICATION TO AUTOMATICALLY
SUBSTITUTE PUBLIC OFFICER AS PARTY (FRCP 25; FRBP 7025)**

Upon the Application of Roberta A. DeAngelis, Acting United States Trustee for Region Three, for an Order pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025, and good cause appearing therefor and it appearing that no notice of the Application is required, it is hereby Ordered as follows:

1. Roberta A. DeAngelis, Acting United States Trustee, is hereby substituted as plaintiff in place and in stead of Kelly Beaudin Stapleton pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025.

[balance of page left intentionally blank]

1

2. The caption and docket of this case shall hereafter appear as:

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Andrea Klika, | ) |
| | ) Case No. 05-10707-MFW |
|     Debtor | ) |
| ------------------------------------------------- | ) |
| Andrea Klika, | ) |
| | ) |
|     Appellant. | ) |
| | ) |
|     v. | ) Civil Action No. 07-240-GMS |
| | ) |
| U.S. Trustee Roberta A. DeAngelis, | ) |
| George L. Miller, Trustee-in-Bankruptcy | ) |
| | ) |
| | ) |
|     Appellees | ) |
| | ) |

BY THE COURT: _____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

MAY 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2